SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

JOANNE SWANSON (SBN 88143)
Chief, Civil Division

ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

**FILED**

SEP 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DISTRICT ATTORNEY FOR SAN FRANCISCO,<br><br>    Defendants. | No. C 02-0636 MHP<br><br>APPLICATION AND [~~PROPOSED~~]<br>ORDER TO PRODUCE GRAND JURY<br>MATERIAL AND DOCUMENTS |

## APPLICATION

The United States respectfully requests that the Court enter an order (1) permitting the United States to disclosure to David Nickerson, counsel to Steven W. Bonilla, a copy of the Grand Jury subpoena issued to Pacific Bell dated February 19, 1988, and (2) directing the Clerk of the Court to unseal the Application for Disclosure of Grand Jury Materials, the Declaration of Assistant United States Attorney Floy E. Dawson, and the Order filed under seal August 15, 1988 in *In Re: Grand Jury Investigation*, Case No. CR 88-259 MISC AJZ.

APPLICATION AND [PROPOSED] ORDER
CASE NO. C 02-0636 MHP

1

1   This Court previously ordered the United States Attorney's Office ("USAO") to produce any and all documents "indicating," among other things, whether a February 1988 subpoena was actually served on Pacific Bell, who served the subpoena, when it was served, and to whom documents produced pursuant to that subpoena were produced. *See* Modification of Order Re Motion for Release of Grand Jury Materials at 2. After a thorough search, the USAO has identified certain documents responsive to the Order. Those documents include a copy of the Grand Jury subpoena as well as documents that were filed under seal in *In Re: Grand Jury Investigation*, Case No. CR 88-259 MISC AJZ.

The subpoena itself is arguably material protected by Federal Rule of Criminal Procedure 6(e). *See, e.g., United States v. Dynavac, Inc.*, 6 F.3d 1407, 1411 (9th Cir. 1993) (Rule 6(e) imposes a general rule against disclosure of 'matters occurring before the grand jury). Under Federal Rule of Criminal Procedure 6(e)(3)(E)(I), the Court may authorize disclosure of the subpoena in connection with a judicial proceeding.

In light of this Court's Modification Order, the nature of the documents sought to be produced, and the age of those documents, the United States respectfully submits that good cause exists to permit disclosure of the requested Grand Jury materials and to unseal the specified documents.

DATED: September 13, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

TIMOTHY P. CRUDO
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the above application, and for good cause appearing, IT IS HEREBY ORDERED that, pursuant to Fed.R.Crim.P 6(e)(3)(E)(I), the United States may disclose to

APPLICATION AND [PROPOSED] ORDER
CASE NO. C 02-0636 MHP

1  David Nickerson, counsel to Steven W. Bonilla, a copy of the Grand Jury subpoena issued to
2  Pacific Bell dated February 19, 1988. It is further ORDERED that the Clerk of the Court unseal
3  and maintain as part of the public record the Application for Disclosure of Grand Jury Materials,
4  the Declaration of Assistant United States Attorney Floy E. Dawson, and the Order filed under
5  seal August 15, 1988 in *In Re: Grand Jury Investigation*, Case No. CR 88-259 MISC AJZ.
6      IT IS SO ORDERED.

8  Dated: September /3, 2007

                          Honorable Marilyn Hall Patel
                          United States District Judge

28  APPLICATION AND [PROPOSED] ORDER
CASE NO. C 02-0636 MHP