| | |
|---|---|
| 1<br>2<br>3<br>4 | DAVID NICKERSON<br>Attorney at Law<br>California Bar # 111885<br>454 Las Gallinas Ave., Suite 183<br>San Rafael, CA. 95903<br>Telephone: (415) 507-9097<br>Fax: (415) 507-9098 |
| 5<br>6 | Attorney for Plaintiff<br>STEVEN WAYNE BONILLA |

**FILED**

NOV 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et. al.<br><br>           Defendants. | No.  C-02-000636-MHP<br><br>**STIPULATION TO DISMISS** |

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, the parties to the above captioned case, which plead a claim under the Freedom of Information Act, stipulate that said case shall be dismissed without prejudice. The parties stipulate as follows:

1.     The Parties:   Plaintiff, Steven W. Bonilla, is an inmate at San Quentin State Prison and is currently housed on death row. Plaintiff was represented by counsel, David Nickerson, who appeared on a pro. bono basis. The United States is represented by Abraham Simmons of the United States Attorney's Office.

**ORIGINAL**

1   2.   The Action:   Plantiff originally filed this action as an appeal of the denial of his request under the Freedom of Information Act, 5 U.S.C. section 522.  In his second amended complaint he added a civil rights action under 42 U.S.C. section 1985.

3.   On April 26, 2007, June 6, 2007, and September 14, 2007, the Court issued orders directing the United States to disclose to Plaintiff a number of documents relating to a federal grand jury subpoena reportedly dated February 19, 1988.  On or about September 28, 2007 and October 9, 2007, the United States produced a number of documents in response to the Court's orders.  The parties agree that the United States has fully complied with the Court's orders.

4.   Therefore, the parties agree to dismiss this action pursuant Rule 41(a)(1) of the *Federal Rules of Civil Procedure* and request that the Court issue an Order dismissing the action. ~~This dismissal is without prejudice.~~

DATED: November 15, 2007

STEVEN WAYNE BONILLA
Plaintiff

DATED: November 14, 2007

DAVID A. NICKERSON
Attorney for Plaintiff
STEVEN WAYNE BONILA

DATED: November 26, 2007

JOANN M. SWANSON
Attorney for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA, | No. C-02-000636-MHP |
| Plaintiff, | [~~Proposed~~] |
| vs. | ORDER DISMISSING CASE |
| UNITED STATES OF AMERICA, et. al. | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, the parties to the above captioned case have stipulated that said case shall be dismissed ~~without prejudice.~~ THEREFORE, based upon that stipulation, this Court order the above captioned case dismissed ~~without prejudice.~~ Absent showing of good cause, no further requests for relief will be entertained in this matter.

DATED: November 26, 2007

_____
MARILYN HALL PATEL
United States District Court Judge